STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant DREGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSHUA DREGER,<br><br>   Defendant. | No. 15-397-JST<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 11, 2015 AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER |

The above-captioned matter is set on November 6, 2015 before the Jon S. Tigar for STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to December 11, 2015 at 9:30 a.m. for STATUS. The parties agree and stipulate that the time until December 11, 2015 should be excluded under 18 U.S.C. §3161(H)(7)(A) and (B) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. Defense counsel is gathering records from numerous service providers who have records pertaining to Mr. Dreger, including group homes and mental health treatment providers. A number of those requests are still pending. Defense counsel wishes to investigate such materials prior to resolving this case or setting it for motions or trial, to ascertain whether they contain relevant, material, exculpatory or mitigating information.

Stip. Req. To Continue Hearing Date

1  DATED: November 1, 2015                  /s/
                                            ERIN CORNELL
2                                           Special Assistant United States Attorney

3

4

5  DATED: November 1, 2015                  /s/
                                            JOHN PAUL REICHMUTH
6                                           Assistant Federal Public Defender
                                            Counsel for JOSHUA DREGER
7

8                                    **ORDER**

9    Based on the reasons provided in the stipulation of the parties above,

10   IT IS HEREBY ORDERED that the STATUS hearing in this case be continued to

11 December 11, 2015 at 9:30 a.m.  The court finds that the need for additional investigation by

12 the defense justifies an exclusion of time under the Speedy Trial Act until December 11, 2015.

13

14

15

16  November  3  , 2015

17                                          HON.
                                            United
18                                          Judge Jon S. Tigar

*IT IS SO ORDERED*